JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH SERVICES, INC., | Case No. CV 10-02322 DMG (PJWx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BYUNG MOON CHOI, et al., | |
| Defendants. | |

Pursuant to the Court's Amended Order re Plaintiff's Application for Default Judgment, entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff Coach Services, Inc. and against Defendant Best Handbag, Inc. dba P.J. Nagrang ("P.J. Nagrang"), as follows:

1. Plaintiff is awarded $35,000, plus taxable costs;

2. Defendant P.J. Nagrang, its officers, agents, servants, and employees as well as any persons in active concert or participation with them, are permanently restrained and enjoined from infringing upon the Coach Marks,[1] either directly or contributorily, in any manner, including but not limited to:

---

[1] Coach Marks are set forth in the Amended Order and Appendix thereto.

-1-

a. Manufacturing, importing, purchasing, distributing, advertising, offering for sale, and/or selling any products which bear marks identical and/or confusingly similar to the Coach Marks;

b. Using the Coach Marks or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise;

c. Passing off, inducing or enabling others to sell or pass off any products or other items that are not Coach's genuine merchandise as genuine Coach merchandise;

d. Leasing space to any tenant who is engaged in the manufacturing, purchasing, production, distribution, circulation, sale, offering for sale, importation, exportation, advertisement, promotion, display, shipping, marketing of products which bear marks/designs identical, substantially similar, and/or confusingly similar to the Coach Marks;

e. Committing any other acts calculated to cause purchasers to believe that P.J. Nagrang's products are Coach's genuine merchandise unless they are such;

f. Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner items falsely bearing the Coach Marks, or any reproduction, counterfeit, copy or colorable imitation thereof; and

g. Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in paragraphs (a) to (f) above.

4.  The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Judgment.

**IT IS SO ORDERED**.

DATED:   April 5, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE